IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COOL BABY, INC., | ) |
|     Plaintiff and Counterclaim-Defendant | ) |
| v. | ) Case No.: 5:06-CV-01015-M |
| MUNCHKIN, INC., | ) JURY TRIAL DEMANDED |
|     Defendant, | ) |
| and | ) |
| LUV N' CARE, LTD., | ) |
|     Defendant and Counterclaim-Plaintiff. | ) |

**DISCLOSURE OF INTERESTED PARTIES**

To enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Luv n' care, Ltd. (a private non-governmental party) hereby certifies that the following are corporate parents, affiliates, and/or subsidiaries of Luv n' care, Ltd. which are publicly held:

None.

Dated: December __8th__, 2006              Respectfully submitted,

                                                     _s/James McMillin_
                                                   James McMillin (OBA #17206)
                                                   McAfee & Taft
                                                   Two Leadership Square, 10th Floor
                                                   211 North Robinson
                                                   Oklahoma City, OK 73102-7103
                                                   Telephone:  405-235-9621
                                                   Facsimile:  405-235-0439

Of Counsel:

Morris E. Cohen
Law Office of Morris E. Cohen, P.C.
1122 Coney Island Avenue, Suites 216-217
Brooklyn, New York 11230
Telephone:  718-859-8009
Facsimile:  718-859-3044
Email:  mcohen@ipcases.com

Joseph D. Guerriero
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, Louisiana 71201
Telephone:  318-338-3603
Facsimile:  318-388-5892
Email: joed@luvncare.com

Attorneys for Defendant and Counterclaim Plaintiff
Luv n' care, Ltd.