IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COOL BABY, INC.,<br>    Plaintiff,<br>v.<br>MUNCHKIN, INC., et al<br>    Defendant. | Civil Action No.: 06-cv-1015-M |

**MOTION FOR**
**ADMISSION PRO HAC VICE**

Rochelle Rena Weisburg and Sagie Shimshon Kleinlerer respectfully request that they be admitted to practice before this Court for the limited purpose of representing Luv n care, Ltd. a defendant and counter-claimant in this action. In support of this motion, James C. McMillin states:

1. I am a shareholder of the Oklahoma City law firm of McAfee & Taft A Professional Corporation. I am admitted and in good standing with this Court, and I represent defendant and counter-claimant, Luv n' care, Ltd.

2. Rochelle Rena Weisburg is with the Law Offices of Morris E. Cohen, P.C., 1 Penn Plaza, Suite 2527, New York, New York 10119. The distance from the Court will not impair or affect her ability to appear in this Court for any proceedings.

3. I certify that Ms. Weisburg is a current member in good standing of the following courts or bar associations: the Bar of the State of New York, United States District Court(s) for the Southern District, Eastern District and Northern District of New York, and the United States Supreme Court.

4. Ms. Weisburg has never been disbarred or suspended from practicing in any court in any jurisdiction, nor has she been reprimanded or censured in any disciplinary proceeding.

5. Ms. Weisburg understands that if this Motion to Appear Pro Hac Vice is granted, she will be subject to the disciplinary jurisdiction of this Court.

6. Ms. Weisburg's Request for Admission Pro Hac Vice is attached hereto as Exhibit 1; and her admission fee of $50. is being submitted to the clerk of this court.

7. Sagie Shimshon Kleinlerer is with the Law Offices of Morris E. Cohen, P.C., 1 Penn Plaza, Suite 2527, New York, New York 10119.  The distance from the Court will not impair or affect his ability to appear in this Court for any proceedings.

8. I certify that Mr. Kleinlerer is a current member in good standing of the following courts or bar associations: the Bar of the State of New York, the Bar of the State of New Jersey, United States District Court(s) for the Southern District and Eastern District of New York, and United States District Court for the District of New Jersey.

9. Mr. Kleinlerer has never been disbarred or suspended from practicing in any court in any jurisdiction, nor has he been reprimanded or censured in any disciplinary proceeding.

10. Mr. Kleinlerer understands that if this Motion to Appear Pro Hac Vice is granted, he will be subject to the disciplinary jurisdiction of this Court.

11. Mr. Kleinlerer's Request for Admission Pro Hac Vice is attached hereto as Exhibit 2; and his admission fee of $50. is being submitted to the clerk of this court.

WHEREFORE, the undersigned requests that Rochelle Rena Weisburg and Sagie Shimshon Kleinlerer be admitted to practice before this Court as additional counsel for defendant and counter-claimant, Luv n' care, Ltd.

                Respectfully submitted,

/s/James C. McMillin  
James C. McMillin (OBA #17206)  
Kymala B. Carrier (OBA #17745)  
McAfee & Taft  
Two Leadership Square, 10th Floor  
211 North Robinson  
Oklahoma City, OK  73102-7103  
Telephone:   (405) 235-9621  
Facsimile:    (405) 235-0439  

And

Morris E. Cohen, *admitted pro hac vice*  
Law Office of Morris E. Cohen, P.C.  
1122 Coney Island Avenue,  
Suites 216-217  
Brooklyn, New York  11230  
Telephone:   (718) 859-8009  
Facsimile:    (718) 859-3044  
Email: mcohen@ipcases.com

Of Counsel:

Joseph D. Guerriero, *admitted pro hac vice*
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, Louisiana  71201
Telephone:    (318) 338-3603
Facsimile:    (318) 388-5892
Email: joed@luvncare.com

*Attorneys for Defendant Luv n' care, Ltd.*

CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Phillip L. Free , Jr
freephil@crowedunlevy.com

Marie S. Johnston
johnstom@crowedunlevy.com

Mack J. Morgan, III
morganm@crowedunlevy.com

John L. Knoble
jknoble@patentwise.com

T. Lane Wilson
lwilson@hallestill.com

Johnson W. Custer
jcuster@hallestill.com

      /s/ James C. McMillin
      James C. McMillin