IN THE UNITED STATES DISTRICT COURT **EXHIBIT 1**
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COOL BABY, INC.,<br><br>                     Plaintiff,<br>v.<br><br>MUNCHKIN, INC., et al<br>                     Defendant. | Civil Action No.: 06-cv-1015-M |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Rochelle Rena Weisburg

2. State bar membership numbers: New York No. 2485159

3. Business address, telephone and fax numbers: Law Offices of Morris E. Cohen, P.C., 1 Penn Plaza, Suite 2527; New York, New York 10119; Tel: 212-244-4111 ext 205; Fax: 212-563-7108; Email: rweisburg@ipcases.com

4. List all state and federal courts or bar associations in which you are member "in good standing to practice law: Bar of the State of New York, the United States District Court Southern District of New York, the United States District Court Eastern District of New York, the United States District Court Northern District of New York, and the United States Supreme Court.

5. Have you been denied admission, disbarred, suspended from practice, ☐ YES ☑ NO
   reprimanded, denied "in good standing" status, or otherwise disciplined by
   any court, bar association, grievance committee or administrative body?

6. Have any proceedings which could lead to any such disciplinary action been ☐ YES ☑ NO
   instituted against you in any such bodies?
   (Please attach a statement explaining any "YES" answers to questions 5 or 6)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of ☑ YES ☐ NO
   Civil or Criminal Procedure (as applicable to this case) and the local rules of
   this court?

A check for $50 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

DATED this __6th__ day of November, 2008

                                                      Rochelle R. Weisburg
                                                     Signature of Applicant