UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COOL BABY, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>MUNCHKIN, INC. and LUV N' CARE, LTD.<br><br>                    Defendants | Case No. CIV-06-1015-M |

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for
_____Plaintiff  X Defendant Luv n' care, Ltd.

_s/ Morris E. Cohen_                                                       _October 21, 2010_
Signature                                                                          Date


Morris E. Cohen
_____
Print Name


Goldberg Cohen LLP
_____
Firm


1350 Avenue of the Americas, 4th Floor
_____
New Address


New York, NY 10019
_____
City, State, Zip Code


646-380-2087                                                                  646-514-2123
_____
Phone Number                                                            Fax Number


MCohen@GoldbergCohen.com
_____
Email Address

**Certificate of Service**

I, Morris E. Cohen, hereby certify that on October 21, 2010 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark J. Morgan III
Philip Free, Jr.
Marie S. Johnson
Drew T. Palmer
CROWE & DUNLEVY
20 N. Broadway, Ste. 1800
Oklahoma City, OK 73102

John L. Knoble
Knoble Yoshida & Dunleavy LLC
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103-2119

James C. McMillin
Kymala B. Carrier
MCAFFE & TAFT
211 N. Robinson Ave., 10th Floor
Oklahoma City, OK 71302

Joseph D. Guerriero
Luv n' care, Ltd.
3030 Aurora Ave.
Monroe, LA 71201

John F. Heil III
Hall Estill-TULSA
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3708

                                                      s/*Morris E. Cohen*